IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 04-cv-02672-ZLW

$SEP$ - 7 2005

EDWARD A. JIRON,

GREGORY C. LANGHAM
CLERK

Plaintiff,

v.

COLORADO SUPREME COURT, and
COLORADO COURT OF APPEALS,

Defendants.

---

## ORDER DENYING MOTION TO RECONSIDER

---

This matter is before the Court on the motion titled "Motion for Re-Issuance of

Order and Judgement [sic] of Dismissal" submitted *pro se* on August 25, 2005, by

Plaintiff Edward A. Jiron.  Mr. Jiron asks the Court to set aside the March 16, 2005,

order, which dismissed the instant action and entered judgment in favor of Defendants

and against Plaintiff.  The Court must construe the motion liberally because Mr. Jiron is

representing himself.  *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v.

Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991).  Therefore, the Court will construe the

motion as a motion for reconsideration.

A litigant subject to an adverse judgment, and who seeks reconsideration by the

district court of that adverse judgment, may "file either a motion to alter or amend the

judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment

pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243

(10th Cir. 1991).  A postjudgment motion filed within ten days of a final judgment should

be construed as a Rule 59(e) motion. *Id.*; *see also Dalton v. First Interstate Bank*, 863 F.2d 702, 703 (10th Cir. 1988). A motion to reconsider filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). *Van Skiver*, 952 F.2d at 1243.

Final decisions are those that end the litigation on the merits and leave nothing for the district court to do except execute the judgment. *Van Cauwenberghe v. Biard*, 486 U.S. 517, 521-22 (1988); *In re Durability, Inc.*, 893 F.2d 264, 265 (10th Cir. 1990). "It is well settled that an order dismissing the action . . . is a final judgment." *Sherr v. Sierra Trading Corp.*, 492 F.2d 971, 978 (10th Cir. 1974). The Court's March 16, 2005, order and judgment dismissed the Prisoner Complaint and the action, and entered judgment in favor of Defendants and against Plaintiff. Plaintiff's motion was submitted on August 25, 2005, more than ten days after the final judgment. Therefore, the Court will construe the motion liberally as a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. *Massengale v. Oklahoma Bd. of Examiners in Optometry*, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed the instant Prisoner Complaint and the action for lack of jurisdiction. The Court's reasoning for the dismissal is discussed in detail in the March 16, 2005, order and judgment. Mr. Jiron alleges that he improperly appealed from that dismissal and now asks the Court to reissue its dismissal order so he can pursue a second appeal in the proper manner. Mr. Jiron fails to present any extraordinary circumstances that justify relief pursuant to Fed. R. Civ. P. 60(b). Upon consideration

2

of the entire file, the Court finds and concludes that Mr. Jiron fails to demonstrate some

reason why the Court should reconsider and vacate the decision to dismiss the

complaint.  Therefore, the liberally construed motion seeking relief from the judgment

pursuant to Fed. R. Civ. P. 60(b) will be denied.  Accordingly, it is

ORDERED that the motion titled "Motion for Re-Issuance of Order and

Judgement [sic] of Dismissal" submitted *pro se* on August 25, 2005, by Plaintiff Edward

A. Jiron, and which the Court has construed liberally as a motion seeking relief from

judgment pursuant to Fed. R. Civ. P. 60(b), is denied.

DATED at Denver, Colorado, this ___2___ day of _____Sept_____, 2005.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


**CERTIFICATE OF MAILING**


Civil Action No. 04-cv-02672-ZLW

Edward A. Jiron
Prisoner No.63599
Trinidad Corr. Facility
P.O. Box 2000
Trinidad, CO 81082


     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on____9-7-05____


GREGORY C. LANGHAM, CLERK


By:_____
              Deputy Clerk