IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02672-ZLW

EDWARD A. JIRON,

                    Plaintiff,

v.

COLORADO SUPREME COURT, and
COLORADO COURT OF APPEALS,

                    Defendants.

---

ORDER TO CURE DEFICIENCY

---

Weinshienk, Senior Judge

        Plaintiff submitted a Notice of Appeal on October 4, 2005.  The court has determined that

the document is deficient as described in this order.  Plaintiff will be directed to cure the following

if he wishes to pursue this appeal.

**(A)    Filing Fee**
         X       is not submitted


**(B)    Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28
         U.S.C. § 1915 and Fed. R. App. P. 24:**
         X       is not submitted
         __      is missing affidavit
         __      is missing certified copy of prisoner's trust fund statement for the 6-month period
                 immediately preceding this filing
         __      is missing required financial information
         __      is missing an original signature by the prisoner
         __      is not on proper form (must use the court's current form)
         __      other_____

1

Accordingly, it is

ORDERED that plaintiff cure the deficiencies designated above within thirty (30) days from the date of this order.  Any papers that plaintiff files in response to this order must include the civil action number on this order.  It is

FURTHER ORDERED that the clerk of the court mail to plaintiff, together with a copy of this order, an original and one copy of the following forms:  Prisoner's Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

FURTHER ORDERED that, if plaintiff fails to cure the designated deficiencies within thirty (30) days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this   7   day of _____October_____, 2005.

BY THE COURT:

s/ Zita L. Weinshienk

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2