IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-02672-ZLW

EDWARD A. JIRON,

    Plaintiff,

v.

COLORADO SUPREME COURT, and
COLORADO COURT OF APPEALS (Judge Webb),

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 9 2006

GREGORY C. LANGHAM
CLERK

---

## MINUTE ORDER

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

    This matter is before the Court on the document titled "Transcript Order Form" submitted by Plaintiff Edward A. Jiron and filed with the Court on November 21, 2005. In the document, Mr. Jiron asks this Court to order the State of Colorado to provide transcripts of his sentencing hearing on November 6, 2001, and his providency hearing on November 26, 2001, held in the Larimer County District Court. On October 4, 2005, Mr. Jiron filed a notice of appeal in the instant action. This Court is without jurisdiction to rule on the November 21, 2005, request. Therefore, the request for transcripts is DENIED with leave to refile the request in the United States Court of Appeals for the Tenth Circuit.

Dated: May 9, 2006

---

Copies of this Minute Order mailed on May 9, 2006, to the following:

Edward A. Jiron
Prisoner No. 63599
Skyline Corr. Center
PO Box 800
Canon City, CO 81215- 0800

                                      Secretary/Deputy Clerk